[No. 47767-6-I. Division One. September 23, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. HOLTON MCCOY MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03253-2, Ronald Kessler and Michael S. Spearman, JJ., entered November 29, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 48068-5-I. Division One. September 23, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JASIRI SIMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04286-4, Ronald Kessler, J., entered February 5, 2001. *Reversed* by unpublished opinion per Grosse, J., concurred in by Baker and Agid, JJ.

[No. 48896-1-I. Division One. September 23, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD MACIAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-03549-1, Ann Schindler, J., entered July 20, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kennedy, J., concurred in by Becker, C.J., and Baker, J.

[No. 49241-1-I. Division One. September 23, 2002.]

*In the Matter of the Personal Restraint of* CHAD EDWARD SMITH, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.